**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

WILMON EARL NICHOLS,                    :
AIS 109526,

                                        :

       Petitioner,

                                          :

vs.                                                      CA 08-0077-CB-C

                                          :

STEPHEN BULLARD,

                                          :

       Respondent.

## ORDER

      After due and proper consideration of all portions of  this file deemed relevant to the

issues raised, and a *de novo* determination of those portions of the recommendation to which

objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. §

636(b)(l)(B) and dated April 10, 2008, is **ADOPTED** as the opinion of this Court.

      **DONE** this 25^th^ day of  June          , 2008.

                                    *s/Charles R. Butler, Jr.*
                                    **Senior United States District Judge**