IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILMON EARL NICHOLS, <br> AIS 109526, | : |
| | : |
| Petitioner, | : |
| | : |
| vs. | :     CA 08-0077-CB-C |
| | : |
| STEPHEN BULLARD, | : |
| | : |
| Respondent. | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed without prejudice due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 25th day of June, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**